NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: nicholas.dickinson@usdoj.gov
*Attorneys for the United States of America*

*Counsel for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LOUIS DAMATO,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>2:20-cr- 85<br><br>**VIOLATIONS:**<br>18 U.S.C. §§ 115(a)(1)(B) and (b)(4)– Threats Against United States Official<br>18 U.S.C. § 875(c) – Interstate Threats |

**THE GRAND JURY CHARGES THAT:**

<u>**Count One**</u>
(Threats Against United States Official)

On or about March 16, 2020, in the District of Nevada,

**LOUIS DAMATO**

threatened to assault and murder United States Representative Dina Titus, with the intent to impede, intimidate, and interfere with Representative Titus while engaged in performance of official duties, and to retaliate against Representative Titus on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

1

**Count Two**
(Interstate Threats)

On or about March 16, 2020, in the District of Nevada,

**LOUIS DAMATO,**

knowingly and willfully transmitted in interstate commerce from the State of Nevada to Washington, D.C., a communication to United States Representative Dina Titus, and the communication contained a threat to injure Representative Dina Titus, all in violation of Title 18, United States Code, Section 875(c).

DATED: this 14th day of April, 2020.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

NICHOLAS D. DICKINSON
Assistant United States Attorney